**Order entered May 27, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00936-CR
No. 05-15-00937-CR

**FELIX SAM ROBERTS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause Nos. F14-45364-H, F14-45368-H**

## ORDER

The Court **DENIES** appellant's May 26, 2016 pro se motion for a bench warrant so that he may present testimony. No testimony is taken in this Court. Moreover, appellant is represented by counsel and is not entitled to hybrid representation. *See Rudd v. State*, 616 S.W.2d 623 (Tex. Crim. App. [Panel Op.] 1981).

We **DIRECT** the Clerk to send copies of this order to Felix Roberts and to counsel for all parties.

/s/    ADA BROWN
      JUSTICE